UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DAVID FELIX JURADO,

                Defendant(s).

_____/

Case:2:12-mj-30068
Judge: Unassigned,
Filed: 01-25-2012 At 11:37 AM
CMP: Sealed Matter (jj)

## MOTION TO SEAL THE COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the complaint, arrest

warrant and all attendant papers for the reason that the defendant  may flee prior to appearance on

the complaint.

Respectfully submitted,

Barbara L. McQuade
United States Attorney

ERIC DOEH
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan  48226
(313) 226-9569

Dated: 1/25/12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAVID FELIX JURADO,

        Defendant(s).

_____/

Case:2:12-mj-30068
Judge: Unassigned,
Filed: 01-25-2012 At 11:37 AM
CMP: Sealed Matter (jj)

**O R D E R**
**TO SEAL THE COMPLAINT AND ARREST WARRANT**

IT IS HEREBY ORDERED that the complaint, arrest warrant and all attendant papers be

**SEALED**.

HON. ~~R. STEVEN WHALEN~~ LAURIE J. MICHELSON
United States Magistrate Judge

Entered: 1/25/12