UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID FELIX JURADO,

    Defendant.

Case No. 11-CR-20699-13

HON. Nancy G. Edmunds

---

## INDEX OF EHIBITS

EXHIBIT 1    -    United States v. Abram, 440 F. Appx. 470 (6th Cir. 2011)